IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| NATIONAL WELDERS SUPPLY COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 CV 350 |
| v. | ) ) | Formerly Civil Action No. 07-CVS-12970 |
| ROBERTS OXYGEN COMPANY, INC., and E. CARL ROBERTS, | ) ) ) | State of North Carolina County of Mecklenburg General Court of Justice |
| Defendants. | ) ) ) | Superior Court Division |

## ORDER FOR ADMISSION *PRO HAC VICE* OF JAMES E. FAGAN, III

Local counsel's Motion for Admission *Pro Hac Vice* of **JAMES E. FAGAN, III** being before this Court, and the Court having considered the request and being of the opinion that it should be granted;

IT IS HEREBY ORDERED that James E. Fagan, III of the firm of Venable, LLP is hereby specially admitted *pro hac vice* to appear in this action to represent Roberts Oxygen Company, Inc. and E. Carl Roberts, Defendants, along with John W. Bowers and Amy P. Hunt, local counsel.

**SO ORDERED**.

Signed: August 23, 2007

_____
Carl Horn, III
United States Magistrate Judge