# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| NATIONAL WELDERS SUPPLY ) | |
| COMPANY, INC., ) | |
| ) | |
|     Plaintiff, ) | Civil Action No. 07 CV 350 |
| ) | |
| v. ) | Formerly Civil Action No. |
| ) | 07-CVS-12970 |
| ROBERTS OXYGEN COMPANY, INC., and ) | State of North Carolina |
| E. CARL ROBERTS, ) | County of Mecklenburg |
| ) | General Court of Justice |
|     Defendants. ) | Superior Court Division |
| ) | |
| _____) | |

## ORDER FOR ADMISSION *PRO HAC VICE* OF
## MAURICE BASKIN

Local counsel's Motion for Admission *Pro Hac Vice* of Maurice Baskin being before this Court, and the Court having considered the request and being of the opinion that it should be granted;

IT IS HEREBY ORDERED that Maurice Baskin of the firm of Venable, LLP is hereby specially admitted *pro hac vice* to appear in this action to represent Roberts Oxygen Company, Inc. and E. Carl Roberts, Defendants, along with John W. Bowers and Amy P. Hunt, local counsel.

**SO ORDERED**.

Signed: August 23, 2007

*/s/ Carl Horn, III*

Carl Horn, III
United States Magistrate Judge